**DISMISS and Opinion Filed February 27, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00056-CV

**SHERRELLE WILLIAMSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 12C-011-2**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Before the Court is appellant's motion to withdraw her appeal. Appellant has informed the Court that she no longer wishes to pursue this appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

130056F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHERRELLE WILLIAMSON, Appellant

No. 05-13-00056-CV          V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 2, Kaufman County, Texas.
Trial Court Cause No. 12C-011-2.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown, participating.


In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, THE STATE OF TEXAS, recover its costs of this appeal from appellant, SHERRELLE WILLIAMSON.


Judgment entered February 27, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

–2–